O

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-1134-VAP (OPx)                    Date:  August 4, 2009

Title:     BRUCE MACK AND JAMIE Y. MACK -v- H&R BLOCK BANK, et al.
===============================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

     Marva Dillard                                    None Present
     Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

    None                                         None

PROCEEDINGS:       MINUTE ORDER GRANTING MOTION TO DISMISS
                   WITHOUT PREJUDICE (IN CHAMBERS)

    The Court has received and considered all papers filed in support of Defendant's' "Motion to Dismiss, or in the Alternative for a More Definite Statement" ("Motion").  Defendant's Motion is appropriate for resolution without a hearing.  <u>See</u> Fed. R. Civ. P. 78; L.R. 7-15.  The hearing set for the matter on August 17, 2009 at 10:00 a.m. is VACATED.

    Defendant filed the Motion on July 20, 2009 to be heard on August 17, 2009.  Under Local Rule 7-9, a party must file opposition papers no later than 14 days before the date designated for the hearing of the motion.  Plaintiffs Bruce and Jaime Y. Mack, appearing <u>pro</u> <u>se</u>, filed no timely opposition.

EDCV 09-1134-VAP (OPx)
BRUCE MACK AND JAMIE Y. MACK v. H&R BLOCK BANK, et al.
MINUTE ORDER of August 4, 2009

      Under Local Rule 7-12, the Court finds Plaintiffd have consented to granting the Motion.  Accordingly, Plaintiffs' Complaint is dismissed without prejudice.

**IT IS SO ORDERED.**