```
                                          O

                                          JS - 6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE MACK AND JAMIE Y. MACK, | ) ) ) | Case No. EDCV 09-1134-VAP (OPx) |
| Plaintiffs, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| H&R BLOCK BANK, et al., | ) ) | |
| Defendants. | ) ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>August 4, 2009</u>

　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　United States District Judge